690 A.2d 233

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Joseph LOMAX, Jr.**

Supreme Court of Pennsylvania.

Argued March 5, 1997.

Decided March 20, 1997.

Joseph P. Conti, Anthony R. Himes, Christian A. Trabold, Erie, for Commonwealth.

Joseph P. Burt, Erie, for Joseph Lomax, Jr.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CASTILLE and NEWMAN, JJ., dissent and would reach the merits of the case.